# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CERTAIN UNDERWRITERS AT LLOYD'S SEVERALLY SUBSCRIBING TO POLICY NO. MCG987-0079, a foreign corporation, AND POLICY NO. WSG066410-0052, a foreign corporation,**
Appellant,

v.

**MORTGAGE INVESTORS II, LLC, a Florida Corporation,**
Appellee.

No. 4D17-2264

[September 27, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE 11-015570 (04).

Marlin K. Green, Michele A. Lo Presti, and Frantz Destin Jr., of Brown Sims, Coral Gables, for appellant.

Jane Kreusler-Walsh and Rebecca Mercier Vargas of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and MIRMAN, LAWRENCE, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***